# Court of Appeals
# of the State of Georgia

ATLANTA, August 12, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0046. ALTO TERRELL MOORE v. THE STATE.**
**A22A0050. PEGGY L. MOORE v. THE STATE.**

After the Floyd County Magistrate Court convicted Alto Terrell Moore and Peggy L. Moore (collectively "the Moores") of cruelty to animals in violation of a county ordinance, the Moores filed notices of appeal to the superior court. The superior court dismissed the Moores' appeals due to their failure to file timely petitions for certiorari as required by OCGA §§ 5-4-3, 5-4-6 (a), and 15-10-65. The Moores thereafter filed these companion direct appeals to challenge the superior court's order. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Greig v. Putnam County*, 237 Ga. App. 57 (513 SE2d 294) (1999). Such compliance is required even where the superior court dismisses the action. See id.; *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). Because the Moores failed to comply with the discretionary appeal procedure, we lack jurisdiction over these appeals. See *Greig*, 237 Ga. App. at 57. Accordingly, these

appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*

 *Clerk's Office, Atlanta,* __08/12/2021__

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*